JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division

ALISON D. GARNER, DC Bar No. 983858
Trial Attorney
U.S. Department of Justice
Natural Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-2855 (Garner)
Facsimile:  (202) 305-0506
alison.garner@usdoj.gov

BRADLEY H. OLIPHANT
Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1381 (tel)
(303) 844-1350 (fax)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO)

| | |
|---|---|
| KARUK TRIBE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM STELLE, *et al.*,<br><br>Federal Defendants. | Case No. 3:16-cv-01079-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING FILING OF ADMINISTRATIVE RECORD ON COMPUTER DISK OR DRIVE**; DIRECTIONS TO DEFENDANTS<br>Date:     N/A<br>Time:     N/A<br>Courtroom No. 7<br>Hon. Maxine M. Chesney |

*Karuk Tribe, et al. v. Stelle, et al.*, No. 3:16-cv-01079-MMC
Stipulation and [Proposed] Order Allowing Filing of Administrative Record on Computer Disk or Drive

Pursuant to Local Rules 5-1(f) and 7-12, Plaintiffs and Federal Defendants stipulate, subject to Court approval, that the Federal Defendants may file the administrative records in this matter on a computer disk or external hard drive, due to the large file size of the record. The Forest Service administrative record hard drive will contain searchable copies of the administrative record documents in PDF format, hyperlinked to the administrative record index prepared with Microsoft Excel. The National Marine Fisheries Service ("NMFS") preliminary administrative record will contain searchable copies of administrative record documents in PDF format. Federal Defendants will lodge the final NMFS administrative record at a later date.

One copy of the disk or hard drive will be provided to the Clerk of the Court to be maintained in the Clerk's Office; another copy will be provided to Chambers for use by the Court. Federal Defendants will serve copies of the disk or hard drive on the Plaintiffs.

Dated: April 14, 2016

    JOHN C. CRUDEN
    Assistant Attorney General
    Environment and Natural Resources Division


    */s/ Alison D. Garner*
    ALISON D. GARNER
    Trial Attorney
    Natural Resources Section
    P.O. Box 7611
    Washington, D.C. 20044-7611
    (202) 514-2855
    (202) 305-0506 (fax)
    alison.garner@usdoj.gov


    SETH M. BARSKY, Section Chief
    Wildlife and Marine Resources Section
    S. JAY GOVINDAN, Assistant Section Chief
    BRADLEY H. OLIPHANT

| | |
|---|---|
| 1 | Senior Trial Attorney |
| 2 | U.S. Department of Justice |
| | Environment & Natural Resources Division  Wildlife & |
| 3 | Marine Resources Section |
| | 999 18th Street |
| 4 | South Terrace, Suite 370 |
| 5 | Denver, CO 80202 |
| | (303) 844-1381 (tel) |
| 6 | (303) 844-1350 (fax) |
| 7 | Email: bradley.oliphant@usdoj.gov |

Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division  Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
(303) 844-1381 (tel)
(303) 844-1350 (fax)
Email: bradley.oliphant@usdoj.gov

DAVID B. GLAZER
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California
Tel:     (415) 744-6491
Fax:    (415) 744-6476
E-mail:  David.Glazer@usdoj.gov

*Attorneys for Federal Defendants*

Dated: April 14, 2016

*/s/Susan Jane M. Brown (with authorization)*
Susan Jane M. Brown, appearance pro hac vice
Western Environmental Law Center
4107 N.E. Couch St.
Portland, Oregon 97232
brown@westernlaw.org
Ph.: (503) 914-1323
Fax: (541) 485-2457

---

*Karuk Tribe, et al. v. Stelle, et al.*, No. 3:16-cv-01079-MMC
Stipulation and [Proposed] Order Allowing Filing of Administrative Record on Computer Disk or Drive

[PROPOSED] ORDER
in part

The Stipulation set forth above is APPROVED, and accordingly it is HEREBY ORDERED that the administrative records in this matter may be filed with the Clerk's Office on computer disk or hard drive, with a courtesy copy to Chambers.  With respect to the form of a courtesy copy for chambers, the Court hereby DEFERS ruling, and defendants are hereby DIRECTED to file, no later than April 19, 2016, a brief statement as to the number of pages comprising the administrative record, after which the Court will rule as to the deferred part of the request.

DATED: April 15, 2016



MAXINE M. CHESNEY
UNITED STATES SENIOR DISTRICT JUDGE

*Karuk Tribe, et al. v. Stelle, et al.*, No. 3:16-cv-01079-MMC
Stipulation and [Proposed] Order Allowing Filing of Administrative Record on Computer Disk or Drive