IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARUK TRIBE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM STELLE, et al.,<br><br>    Defendants. | Case No. 16-cv-01079-MMC<br><br>**ORDER GRANTING MOTION TO INTERVENE**<br><br>Re: Dkt. No. 19 |

    Before the Court is the Motion to Intervene, filed March 21, 2016, and noticed for hearing on April 29, 2016, by Siskiyou County, the American Forest Resource Council, Gary Rainey and George Harper (collectively, "proposed intervenors"), pursuant to Rule 24 of the Federal Rules of Civil Procedure.  On April 4, 2016, plaintiffs and the federal defendants filed, respectively, a statement of non-opposition, each conditioned on the Court's precluding the proposed intervenors from raising new claims, conducting discovery outside the administrative record, and seeking to supplement the administrative record; additionally, the federal defendants sought an order providing that they need not share applicable page limitations or argument time with the proposed intervenors.  On April 8, 2016, the proposed intervenors filed a single reply.  By agreement of the parties, the matter was advanced to today's date for hearing.  Having considered the parties' and proposed intervenors' respective written submissions, as well as the statements of counsel at the hearing, the Court rules as follows.

    For the reasons set forth by the Court on the record at the hearing, the Motion to Intervene is hereby GRANTED without imposition of conditions, and without prejudice to any party raising any of the above-referenced or other procedural concerns as the

litigation progresses.

**IT IS SO ORDERED.**

Dated: April 19, 2016

_____
MAXINE M. CHESNEY
United States District Judge