United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARUK TRIBE, et al.,

       Plaintiffs,

   v.

WILLIAM STELLE, et al.,

       Defendants.

Case No.  16-cv-01079-MMC

**ORDER RE: DEFFERED PORTION OF STIPULATION**

Before the Court is the parties' "Stipulation and [Proposed] Order Allowing Filing of Administrative Record on Computer Disk or Drive" (hereinafter, "Stipulation"), filed April 14, 2016.  On April 15, 2016, the Court approved the Stipulation to the extent it sought permission to file the administrative record on computer disk or hard drive, deferred ruling on the Stipulation to the extent it sought permission to provide the Court with chambers copies of the administrative record in said electronic, rather than paper, format, and directed the federal defendants to file a statement as to the number of pages comprising the administrative record.

The Court having received that additional information, the Stipulation is hereby APPROVED as to the format of the chambers copy of the administrative record, on condition that a paper copy of any document cited in a party's briefing be provided by that party, absent an order from the Court allowing such party to provide an excerpted paper

copy in lieu thereof.[1]

  **IT IS SO ORDERED.**

Dated:  April 19, 2016

               MAXINE M. CHESNEY
               United States District Judge

---

[1] At the telephonic conference held today's date, defendants offered to provide the Court with paper copies of the Record of Decision and the Final Environmental Impact Statement.  Accordingly, additional paper copies of those documents need not be submitted by any party.

2