IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO)

| | |
|---|---|
| KARUK TRIBE, *et al.*, | Case No. 3:16-cv-01079-MMC |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN OPPOSITION TO PLAINTIFFS' MOTION FOR A TRO** |
| WILLIAM STELLE, *et al.*, | |
| Defendants. | |

The matter having come before the Court on Federal Defendants' motion for leave to exceed page limit in opposition to Plaintiffs' motion for a TRO, Federal Defendants' motion for leave to file an opposition that is thirty (30) pages in length is hereby GRANTED.

DATED: April 20, 2016

_____
MAXINE M. CHESNEY
UNITED STATES SENIOR DISTRICT JUDGE

1