IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARUK TRIBE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM STELLE, et al.,<br><br>    Defendants.<br><br>    and<br><br>SISKIYOU COUNTY, et al.,<br><br>    Defendant-Intervenors. | Case No. 16-cv-01079-MMC<br><br>**ORDER DENYING PLAINTIFFS' MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; DENYING PLAINTIFFS' MOTION FOR STAY OF ORDER DENYING PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 36 |

    Before the Court is plaintiffs' Motion for a Temporary Restraining Order, filed April 18, 2016.[1] The matter came on regularly for hearing on today's date. Susan Jane M. Brown and Peter M. K. Frost of the Western Environmental Law Center appeared on behalf of plaintiffs. S. Derek Shugert, Bradley H. Oliphant, and David B. Glazer of the U.S. Department of Justice appeared on behalf of defendants. Julie A. Weis of Haglund Kelley LLP appeared on behalf of defendant-intervenors.

    The Court having considered the parties' respective written submissions and the arguments of counsel at the hearing, and for the reasons stated by the Court on the record, the motion for a temporary restraining order and motion for a preliminary

---

[1] At the close of the below-referenced hearing, the Court granted plaintiffs' unopposed oral request that the matter also be treated as a motion for a preliminary injunction.

1  injunction are hereby DENIED.  Additionally, plaintiffs' oral motion for a stay of said ruling
2  is hereby DENIED.
3      **IT IS SO ORDERED.**
4  Dated:  April 25, 2016

                                            MAXINE M. CHESNEY
                                            United States District Judge