**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: **April 25, 2016**

**C - 16  -  1079 - MMC**

| **Karuk Tribe et al** | v | **William Stelle et al** |

Attorneys:    Susan Jane Brown          David Glazer
              Peter Frost               Bradley Oliphant
                                        Shawn Shugert

                                        Julie Weis
                                        Joel Caswell


Deputy Clerk: **Tracy Lucero**          Court Reporter: **Belle Ball**


**PROCEEDINGS:**

   Plaintiffs' Motion for Temporary Restraining Order / Preliminary Injunction

**ORDERED DURING HEARING:**


   Court denied plaintiffs' motion for reasons stated on the record.

   Plaintiffs' oral motion to stay order pending appeal - denied.


(2 hours 11 minutes)