IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARUK TRIBE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WILLIAM STELLE, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-01079-MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Re: Dkt. No. 68 |

　　　　Before the Court is federal defendants' Motion for Extension of Time, filed May 19, 2016, by which motion federal defendants seek a thirty-day extension of their May 20, 2016 deadline to respond to plaintiffs' complaint.  The motion, however, is not filed in accordance with the Civil Local Rules of this district, which (1) require a supporting declaration setting forth, <u>inter alia</u>, "the efforts the party has made to obtain a stipulation to the time change," and (2) provide for opposition to be filed within four days of the date the motion is filed.  <u>See</u> Civil L.R. 6-3(a)(2), (b).

　　　　Accordingly, the motion is hereby DENIED without prejudice to federal defendants' filing a motion or stipulation that complies with the Civil Local Rules.

　　　　**IT IS SO ORDERED.**

Dated:  May 19, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge