IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARUK TRIBE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM STELLE, et al.,<br><br>    Defendants. | Case No. 16-cv-01079-MMC<br><br>**ORDER APPROVING IN PART AND DENYING IN PART PARTIES' STIPULATION RE: CASE MANAGEMENT; DIRECTIONS TO PARTIES**<br><br>Re: Dkt. No. 70 |

    Before the Court is the parties' "Stipulation and [Proposed] Order Re: Case Management," filed May 20, 2016, by which the parties seek an order (1) vacating all deadlines in the instant case, including federal defendants' deadline to file a response to plaintiffs' Amended Complaint, (2) setting a June 15, 2016 deadline for federal defendants to file the Administrative Record of the National Marine Fisheries Service ("NMFS"), (3) vacating the Initial Case Management Conference currently set for June 3, 2016, and (4) requiring the parties to file a case management statement fourteen days after the Ninth Circuit has issued its mandate in Karuk Tribe v. Stelle, No. 16-15818 (9th Cir. filed May 4, 2016). Having read and considered the Stipulation, the Court rules as follows.

    1. To the extent the parties seek an order vacating all deadlines currently set in the above-titled action, the Stipulation is hereby APPROVED.

    2. To the extent the parties seek an order setting a June 15, 2016 deadline for federal defendants to file the NMFS Administrative Record, the Stipulation is hereby APPROVED.

3.  To the extent the parties seek an order vacating the June 3, 2016 Case Management Conference, the Stipulation is hereby APPROVED.

4.  To the extent the parties seek an order requiring the parties to file a case management statement fourteen days after the Ninth Circuit has issued its mandate in <u>Karuk Tribe v. Stelle</u>, No. 16-15818 (9th Cir. filed May 4, 2016), the Stipulation is hereby DENIED, and, in lieu thereof, the parties are hereby DIRECTED to file, no later than seven calendar days after the Ninth Circuit has issued said mandate, a stipulation setting forth a mutually agreeable date for the Initial Case Management Conference.

**IT IS SO ORDERED.**

Dated:  May 20, 2016

_____
MAXINE M. CHESNEY
United States District Judge