Tom Wheeler (CA Bar #304191)
Environmental Protection Information Center
145 G Street #A
Arcata, California 95521
tom@wildcalifornia.org
Ph: (707) 822-7711
Fax: (707) 822-7712

*Counsel for Plaintiff Environmental Protection Information Center*

Susan Jane M. Brown, *pro hac vice*
Western Environmental Law Center
4107 N.E. Couch St.
Portland, Oregon 97232
brown@westernlaw.org
Ph: (503) 914-1323
Fax: (541) 485-2457

Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
frost@westernlaw.org
Ph: (541) 359-3238
Fax: (541) 485-2457

*Counsel for Plaintiffs Karuk Tribe, Klamath Riverkeeper, Klamath-Siskiyou Wildlands Center and Center for Biological Diversity*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KARUK TRIBE et al. | Case No. 3:16-cv-01079-MMC |
| Plaintiffs, | **PARTIES' STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE** |
| v. | |
| WILLIAM STELLE et al., | |
| Defendants. | Date and Time: None Set by Court<br>Courtroom 7, 19th Floor<br>Hon. Maxine M. Chesney |

Page 0 – Parties' Stipulation and [Proposed] Order re Case Mgmt. Conference, No. 3:16-cv-01079-MMC

On May 20, 2016, the Court ordered the parties in this case to file, no later than seven days after the Ninth Circuit issues a mandate in <u>Karuk Tribe v. Stelle</u>, No. 16-15818 (9th Cir. filed May 4, 2016), a "stipulation setting forth a mutually agreeable date for the Initial Case Management Conference." Dkt. No. 71 at 2.

Accordingly, Plaintiffs Karuk Tribe et al., Defendants William Stelle et al., and Defendant-Intervenors Siskiyou County et al. have conferred, and hereby stipulate to and respectfully request that the Court enter an order setting a case management conference for this case for Friday, March 17, 2017 at 10:30 a.m. The parties further respectfully request that the conference be held telephonically, given the locations of the offices of their attorneys.

Date:  February 7, 2017.          Respectfully submitted,

/s/ Tom Wheeler
Tom Wheeler (CA Bar #304191)
Environmental Protection Information Center
145 G Street #A
Arcata, California 95521
tom@wildcalifornia.org
Ph: (707) 822-7711
Fax: (707) 822-7712

*Attorney for Plaintiff Environmental Protection Information Center*

Susan Jane M. Brown, *pro hac vice*
Western Environmental Law Center
4107 N.E. Couch St.
Portland, Oregon 97232
brown@westernlaw.org
Ph.: (503) 914-1323
Fax: (541) 485-2457

Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
frost@westernlaw.org
Ph: (541) 359-3238
Fax: (541) 485-2457

Page 1 – Parties' Stipulation and [Proposed] Order re Case Mgmt. Conference, No. 3:16-cv-01079-MMC

*Attorneys for Plaintiffs Karuk Tribe, Klamath Riverkeeper, Klamath-Siskiyou Wildlands Center, Center Biological Diversity*

/s/ Alison D. Garner
Alison D. Garner, DC Bar No. 983858
S. Derek Shugert, OH Bar No. 84188
Bradley H. Oliphant
Trial Attorneys
U.S. Department of Justice
Natural Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 2004

*Attorneys for Federal Defendants*

/s/ Julie A. Weis
Julie A. Weis, *pro hac vice*
Haglund Kelley LLP
200 S.W. Market Street, Suite 1777
Portland, Oregon 97201

Lawson E. Fite, *pro hac vice*
American Forest Resource Council
5100 S.W. Macadam, Suite 350
Portland, Oregon 97239

Brian L. Morris (SBN 222650)
County Counsel
County of Siskiyou
P.O. Box 659
205 Lane Street
Yreka, CA 96097

*Attorneys for Defendant-Intervenors*

**IT IS SO ORDERED**.  IT IS FURTHER ORDERED that a Joint Case Management Statement shall be filed no later than March 10, 2017.

Dated: February _7_, 2017

MAXINE M. CHESNEY
United States District Judge

Page 2 – Parties' Stipulation and [Proposed] Order re Case Mgmt. Conference, No. 3:16-cv-01079-MMC