IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARUK TRIBE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>WILLIAM STELLE, et al.,<br><br>    Defendants. | Case No. 16-cv-01079-MMC<br><br>**ORDER RE: CHAMBERS COPY OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT**<br><br>Re: Dkt. No. 1 |

On April 3, 2017, plaintiffs in the above-titled action filed their "Motion for Leave to File Second Supplemental and Amended Complaint." To facilitate the Court's review of the issues presented therein, plaintiffs are hereby DIRECTED to submit forthwith a chambers copy of the motion in single-sided format. See Civil L.R. 3-4 (setting forth requirements for "papers presented for filing"); Civil L.R. 3-4(c)(2) (providing "text must appear on one side only").

    **IT IS SO ORDERED.**

Dated: April 10, 2017

                                           MAXINE M. CHESNEY
                                           United States District Judge