IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARUK TRIBE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM STELLE, et al., <br><br> Defendants. | Case No. 16-cv-01079-MMC <br><br> **SECOND ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT** |

By order filed April 10, 2017, the Court directed plaintiffs to submit forthwith a single-sided chambers copy of their "Motion for Leave to File Second Supplemental and Amended Complaint," filed April 3, 2017. Plaintiffs have not complied with that order. Plaintiffs are hereby DIRECTED to submit forthwith a single-sided chambers copy of the above-referenced motion.

Parties are expected to comply with court rules without repeated reminders. Accordingly, plaintiffs are hereby advised that the Court will impose sanctions for further failures to comply, including, but not limited to, striking from the record any further electronically filed document for which a single-sided chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: April 24, 2017

MAXINE M. CHESNEY
United States District Judge