IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARUK TRIBE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WILLIAM STELLE, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-01079-MMC<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPY OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND COURT'S STANDING ORDERS** |

　　　　On April 17, 2017, defendants William Stelle, National Marine Fisheries Service, Patricia A. Grantham, and United States Forest Service ("Federal Defendants") electronically filed their "Response in Opposition to Plaintiffs' Motion and Memorandum in Support of Motion for Leave to File Second Supplemental and Amended Complaint." Federal Defendants have violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

　　　　Federal Defendants are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document.  Federal Defendants are hereby advised that if they fail in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically filed document for which a chambers

copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: April 24, 2017

MAXINE M. CHESNEY
United States District Judge