UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KARUK TRIBE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM STELLE, *et al.*, <br><br> Defendants. | Case No. 3:16-cv-1079-MMC <br><br> ~~(PROPOSED)~~ **ORDER GRANTING STIPULATED REQUEST CHANGING TIME TO LODGE AND SERVE THE SUPPLEMENTAL ADMINISTRATIVE RECORD** <br><br> Date and Time: N/A <br> Courtroom No. 7 <br> Hon. Maxine M. Chesney |

PURSUANT TO STIPULATION filed April 26, 2017, the deadline for the parties to file a supplemental administrative record, if needed, is extended to 21 days after the Court's ruling on plaintiffs' Motion for Leave to File Second Supplemental and Amended Complaint. Within 7 days of such ruling, the parties shall file a stipulation and proposed order as to a revised schedule for briefing summary judgment.

IT IS SO ORDERED.

Date: April 26, 2017

*[signature]*
Maxine M. Chesney
United States District Judge