Tom Wheeler, CA Bar #304191
Environmental Protection Information Center
145 G Street #A
Arcata, California 95521
tom@wildcalifornia.org
Ph: (707) 822-7711
Fax: (707) 822-7712

*Counsel for Plaintiff Environmental Protection Information Center*

Susan Jane M. Brown, *pro hac vice*
Western Environmental Law Center
4107 N.E. Couch St.
Portland, Oregon 97232
brown@westernlaw.org
Ph: (503) 914-1323

Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
frost@westernlaw.org
Ph: (541) 359-3238

*Counsel for Plaintiffs Karuk Tribe, Klamath Riverkeeper, Klamath-Siskiyou Wildlands Center and Center for Biological Diversity*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **KARUK TRIBE**, et. al.<br><br>Plaintiffs,<br><br>vs.<br><br>**PATRICIA GRANTHAM**, et al.<br><br>Defendants,<br><br>and<br><br>**SISKIYOU COUNTY**, et al.<br><br>Defendants-Intervenors. | Case No. 3:16-cv-01079-MMC<br><br>DENYING PARTIES' STIPULATED REQUEST [PROPOSED] ORDER ~~RE: PARTIES' STIPULATION~~ RE: TELEPHONIC APPEARANCE |

Denying Parties' Stipulated Request
[Proposed] Order ~~re: Parties' Stip.~~ re: Telephonic Appearance, No. 3:16-cv-01079-MMC

| | |
|---|---|
| 1 | The Court has reviewed the parties' stipulation to allow them to appear telephonically at |
| 2 | any oral argument on Plaintiffs' motion to amend the complaint.  The Court, however, does not |
| 3 | ~~Pursuant to the stipulation of the parties, IT IS SO ORDERED.~~ conduct such hearings telephonically.  Accordingly, the parties' request is hereby denied.  IT IS SO ORDERED. |

Date: May 5, 2017.

_____
Maxine M. Chesney
United States District Judge