IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARUK TRIBE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM STELLE, et al.,<br><br>Defendants. | Case No. 16-cv-01079-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT**<br><br>Re: Dkt. No. 82 |

Before the Court is plaintiffs' Motion for Leave to File a Second Supplemental and Amended Complaint, filed April 3, 2017. The matter came on regularly for hearing on May 12, 2017. Peter M.K. Frost of the Western Environmental Law Center appeared on behalf of plaintiffs. S. Derek Shugert of the U.S. Department of Justice appeared on behalf of defendants. Julie A. Weis of Haglund Kelley LLP appeared on behalf of defendant-intervenors. The Court, having considered the parties' respective written submissions and the arguments of counsel at the hearing, rules as follows.

To the extent plaintiffs seek to supplement their pleading, specifically, to add a claim for violation of the National Environmental Policy Act, the motion is, for the reasons stated by the Court at the hearing, hereby DENIED without prejudice.

In all other respects, the motion is hereby GRANTED.

Plaintiffs shall file, no later than May 23, 2017, a Second Amended Complaint in accordance therewith.

**IT IS SO ORDERED.**

Dated: May 15, 2017

MAXINE M. CHESNEY
United States District Judge