Tom Wheeler (CA Bar #304191)
Environmental Protection Information Center
145 G Street #A
Arcata, California 95521
tom@wildcalifornia.org
Ph: (707) 822-7711
Fax: (707) 822-7712

*Counsel for Plaintiff Environmental Protection Information Center*

Susan Jane M. Brown, *pro hac vice*
Western Environmental Law Center
4107 N.E. Couch St.
Portland, Oregon 97232
brown@westernlaw.org
Ph: (503) 914-1323
Fax: (541) 485-2457

Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
frost@westernlaw.org
Ph: (541) 359-3238
Fax: (541) 485-2457

*Counsel for Plaintiffs Karuk Tribe, Klamath Riverkeeper, Klamath-Siskiyou Wildlands Center and Center for Biological Diversity*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KARUK TRIBE et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM STELLE et al., <br><br> Defendants. | Case No. 3:16-cv-01079-MMC <br><br> **[PROPOSED] ORDER SETTING BRIEFING SCHEDULE** AND HEARING DATE |

Page 1 – [Proposed] Order Setting Briefing Schedule, No. 3:16-cv-01079-MMC

The parties to this matter have conferred and proposed a briefing schedule to guide the proceedings of the above-captioned case. For good cause shown, IT IS HEREBY ORDERED THAT the following schedule be set:

- Pursuant to the Court's order of May 15, 2017 (ECF #94), Plaintiffs shall file a Second Amended Complaint on or before May 23, 2017;
- Defendants shall Answer the Second Amended Complaint on or before June 22, 2017;
- The following schedule will govern briefing of cross-motions for summary judgment:
    - Plaintiffs shall file their motion for summary judgment on or before August 28, 2017;
    - Federal Defendants and Intervenors shall file their cross-motion for summary judgment on Plaintiffs' claims and opposition to Plaintiffs' motion for summary judgment, on or before September 27, 2017;
    - Plaintiffs shall file their opposition to Federal Defendants' and Defendant-Intervenors' summary judgment motions and reply in support of Plaintiffs' motion for summary judgment on or before October 27, 2017;
    - Federal Defendants and Intervenors shall file their replies in support of their cross-motions for summary judgment on Plaintiffs' claims on or before December 7, 2017
- The hearing is continued from October 20, 2017 to January 19, 2018, at 9:00 A.M.

Dated: __May 23__, 2017.

Maxine M. Chesney
United States District Judge

Page 2 – [Proposed] Order Setting Briefing Schedule, No. 3:16-cv-01079-MMC