IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARUK TRIBE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PATRICIA A. GRANTHAM, et al.,<br><br>    Defendants. | Case No. 16-cv-01079-MMC<br><br>**ORDER DIRECTING INTERVENORS TO SUBMIT CHAMBERS COPY OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND COURT'S STANDING ORDERS** |

On June 22, 2017, the intervenors in the above-titled action electronically filed their "Answer to Second Amended Complaint." Said intervenors have violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

The intervenors are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Additionally, the intervenors are hereby advised that if they fail in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically filed document for which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: June 29, 2017

MAXINE M. CHESNEY
United States District Judge