UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

KARUK TRIBE, ENVIRONMENTAL PROTECTION INFORMATION CENTER, CENTER FOR BIOLOGICAL DIVERSITY, KLAMATH RIVERKEEPER, and KLAMATH-SISKIYOU WILDLANDS CENTER,

Plaintiffs,

v.

PATRICIA A. GRANTHAM, Klamath National Forest Supervisor; and UNITED STATES FOREST SERVICE,

Defendants,

and

SISKIYOU COUNTY, a political subdivision of the State of California, AMERICAN FOREST RESOURCE COUNCIL, an Oregon nonprofit corporation, GARY RAINEY, and GEORGE HARPER,

Defendant-Intervenors

Civ. No. 16-01079

[PROPOSED] ORDER GRANTING MOTION TO SET ASIDE BRIEFING SCHEDULE PURSUANT TO LR 7-11

Plaintiffs Karuk Tribe et al. moved this Court to set aside the court-ordered summary judgment briefing schedule pending resolution of Plaintiffs' Motion for Leave to File their Third Supplemental and Amended Complaint, filed on August 22, 2017. After considering the motion and being fully advised, IT IS HEREBY ORDERED THAT: Plaintiffs' motion to set aside the summary judgment briefing schedule is GRANTED, and all presently scheduled summary judgment briefing deadlines are hereby VACATED.

Dated: August 23, 2017.

*Maxine M. Chesney*
Maxine M. Chesney
United States District Judge

Page 1 – [PROPOSED] Order Granting Motion to Set Aside Briefing Schedule Pursuant to LR 7-11, Civ. No. 16-01079