IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARUK TRIBE, et al.,<br>    Plaintiffs,<br>  v.<br>PATRICIA A. GRANTHAM, et al.,<br>    Defendants. | Case No. 16-cv-01079-MMC<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD SUPPLEMENTAL AND AMENDED COMPLAINT**<br><br>Docket No: 102 |

Before the Court is plaintiffs' "Motion for Leave to File Third Supplemental and Amended Complaint," filed August 22, 2017, pursuant to Rules 15(a)(2) and 15(d) of the Federal Rules of Civil Procedure. Defendants have filed opposition, in which defendant-intervenors have joined and to which plaintiffs have replied. The matter came on regularly for hearing on September 29, 2017. Susan Jane M. Brown of the Western Environmental Law Center appeared on behalf of plaintiffs. S. Derek Shugert of the U.S. Department of Justice appeared on behalf of defendants. Julie A. Weis of Haglund Kelley LLP appeared on behalf of defendant-intervenors.

Having considered the parties' respective written submissions and the arguments of counsel at the hearing, the Court, for the reasons stated on the record at the hearing, hereby DENIES the motion.

The parties are hereby DIRECTED to file, within ten days of the date of this order, a proposed briefing schedule for summary judgment motions.

**IT IS SO ORDERED.**

Dated: September 29, 2017

MAXINE M. CHESNEY
United States District Judge