UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KARUK TRIBE, ENVIRONMENTAL PROTECTION INFORMATION CENTER, CENTER FOR BIOLOGICAL DIVERSITY, KLAMATH RIVERKEEPER, and KLAMATH-SISKIYOU WILDLANDS CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICIA A. GRANTHAM, Klamath National Forest Supervisor; and UNITED STATES FOREST SERVICE,<br><br>Defendants,<br><br>and<br><br>SISKIYOU COUNTY, a political subdivision of the State of California, AMERICAN FOREST RESOURCE COUNCIL, an Oregon nonprofit corporation, GARY RAINEY, and GEORGE HARPER,<br><br>Defendant-Intervenors | Civ. No. 16-01079<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY CASE PROCEEDINGS** |

Before the Court is the Parties' joint motion to stay proceedings in this matter. The Court finds that the joint motion is supported by good cause and is hereby GRANTED.

In accordance with the Parties' joint motion to stay, this matter will be stayed until March 1, 2018 or until a settlement agreement is filed with this Court, whichever is sooner.

Dated: November 17, 2017.

Maxine M. Chesney
United States District Judge